

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00134-CV

SO SON HARABEDOFF AND SO
SON HARABEDOFF AS
EXECUTOR OF ESTATE OF
LARRY R. HARABEDOFF,
DECEASED

APPELLANT

V.

FORT WORTH EMPLOYEES'
RETIREMENT FUND

APPELLEE

------------

### FROM THE 96TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Unopposed Motion to Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED: October 17, 2013

------------

[1]*See* Tex. R. App. P. 47.4.